IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10 CR 30

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| TIOMBE STAFFORD. ) | |
| ) | |

**THIS CAUSE** coming on to be heard before the undersigned up upon motions filed by defendant *pro se* entitled "Identity Theft Victim's Complaint and Affidavit" (#20) and all attachments thereto, "Motion for Cancellation of Contracts and all Liabilities" (#22) and all attachments thereto, and "Appointment of Fiduciary Fiduciary Creditor and Debtor" (#26) and all attachments thereto. The government has filed a response to the "Motion for Cancellation of Contracts and All Liabilities" (#22).

Contained within the documents filed by defendant, defendant asserts she is not a citizen of the United States, she is not subject to any government or authority, and she is entitled to have all of her contracts and liabilities cancelled, among other assertions. The undersigned has read all of the filings of defendant and finds that many of these filings are just a collection of words and are frivolous and baseless contentions and requests. The undersigned has determined to enter an order denying all relief sought by defendant in documents #20, #22, and #26 as being non-justiciable.

# ORDER

**IT IS, THEREFORE**, **ORDERED** that any and all relief sought by defendant in the documents entitled "Identity Theft Victim's Complaint and Affidavit" (#20) and all attachments thereto, "Motion for Cancellation of Contracts and All Liabilities" (#22) and all attachments thereto, and "Appointment of Fiduciary Fiduciary Creditor and Debtor" (#26) and all attachments thereto are **DENIED** as being frivolous and non-justiciable.

Signed: October 13, 2010

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge